UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUKHJIT AULAKH, et al.,<br><br>               Plaintiff(s),<br>  v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>               Defendant(s). | CASE NO. C25-1688-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE |

The parties filed a stipulated motion to dismiss all claims in this action with prejudice and without an award of costs. Dkt. No. 8. The Court GRANTS the motion (Dkt. No. 8) and DISMISSES all claims with prejudice and without an award of costs, VACATES the early case deadlines (Dkt. No. 7), and directs the clerk to administratively close this case.

Dated this 21st day of October, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE - 1